158 F.3d 1059
 Eddie Willie TAYLOR, Michael F.X. Hogan, Plaintiffs-Appellees,
v.
UNITED STATES of America, Intervenor-Appellant,
and
State of Arizona; Terry Stewart, Director of the Arizona
Department of Corrections, et al., Defendants-Appellants.
 Nos. 97-16069, 97-16071.
 United States Court of Appeals, Ninth Circuit.
 Nov. 3, 1998.
 
 Before: HUG, Chief Judge.ORDER
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Taylor v. United States, 143 F.3d 1178 (9th Cir.1998) is withdrawn.